| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 - Amended | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>REA, WILLIAM J | 2. Court or Organization<br><br>U.S. CENTRAL DISTRICT OF CA | 3. Date of Report<br><br>10/8/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>312 N. SPRING ST<br>LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEN'S ADVISORY COUNCIL | ASSITANCE LEAGUE OF S. CALIFORNIA (NON PROFIT) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED Oct 21 10 57 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/03 | THE RUTTER GROUP - CO AUTHORSHIP ROYALTIES | 2,500 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ **NONE**  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 10/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BP PLC | B | Dividend | K | T | | | | | |
| 2. BAXTER INT. INC | A | Dividend | K | T | | | | | |
| 3. BOEING CO | A | Dividend | J | T | | | | | |
| 4. CALIF. WATER SVS GP | A | Dividend | J | T | | | | | |
| 5. CHEVRON TEXACO CORP | C | Dividend | L | T | | | | | |
| 6. CISCO SYSTEMS | | None | K | T | | | | | |
| 7. DOMINION RES. | B | Dividend | K | T | | | | | |
| 8. WALT DISNEY | A | Dividend | J | T | | | | | |
| 9. DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 10. DUKE ENERGY CORP | A | Dividend | | | SELL | 1/1 | J | | |
| 11. EIF IST EXCH AT&T | B | Dividend | K | T | | | | | |
| 12. EXXON MOBIL CORP | A | Dividend | K | T | | | | | |
| 13. FLORIDA POWER AND LIGHT | B | Dividend | K | T | | | | | PARTIALLY SOLD IN 2002 |
| 14. FORD MOTOR CO | A | Dividend | J | T | | | | | |
| 15. GENERAL ELECTRIC | B | Dividend | L | T | | | | | |
| 16. GENTEC INC. | | None | K | T | | | | | |
| 17. HOME DEPOT, INC | A | Dividend | | | SELL | 1/1 | J | | |
| 18. INTEL CORP | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 10/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. IBM | A | Dividend | K | T | | | | | |
| 20. JOHNSON & JOHNSON | A | Dividend | K | T | SELL | 11/6 | J | B | PARTIAL |
| 21. KONIKL PHIL.N | A | Dividend | J | T | | | | | |
| 22. MATTEL, INC | A | Dividend | J | T | | | | | |
| 23. MCDONALDS | A | Dividend | | | SELL | 1/1 | J | | |
| 24. MERCK & CO | A | Dividend | K | T | SELL | 11/6 | J | D | PARTIAL |
| 25. 3M | A | Dividend | L | T | | | | | |
| 26. MOTOROLA, INC | A | Dividend | | | SELL | 1/1 | J | | |
| 27. PEOPLE ENERGY CORP | A | Dividend | J | T | | | | | |
| 28. PEPSICO, INC | A | Dividend | K | T | | | | | |
| 29. Q WEST INT. COM | A | Dividend | | | SELL | 1/1/ | J | | |
| 30. SPRINT CORP PCS SRI | | None | J | T | | | | | |
| 31. SPRINT CORP COM -SBC | B | Dividend | K | T | | | | | |
| 32. SBC COMM INC | A | Dividend | J | T | | | | | |
| 33. SUEZ | A | Dividend | | | SELL | 1/1 | J | | |
| 34. SOUTHWEST AIRLINES | A | Dividend | | | SELL | 1/1 | J | | |
| 35. SERONO S.A. SPONSORD ADR | A | Dividend | | | SELL | 1/1 | J | | |
| 36. TXI CAP TRUST | B | Interest | | | SELL | 9/11 | K | B | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 10/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. PFIZER | A | Dividend | J | T | | | | | |
| 38. VERIZON | A | Dividend | L | T | | | | | |
| 39. VIACOM CLB | A | Dividend | J | T | | | | | |
| 40. WALGREEN CO | A | Dividend | K | T | | | | | |
| 41. WALMART | A | Dividend | K | T | | | | | |
| 42. LUCENT TECH., INC | | None | J | T | | | | | |
| 43. Q WEST | | None | | | SELL | 1/1 | J | | |
| 44. JOHN HANCOCK HEALTH SCIENCES CL C | A | Dividend | J | T | | | | | |
| 45. M/L GLOBAL ALLOCATION | C | Dividend | L | T | | | | | |
| 46. M/L HEALTHCARE FD | | None | K | T | | | | | |
| 47. ML MERCURY US SMALL CAP | | None | J | T | | | | | |
| 48. ML CALIFORNIA INSURED MUN BD C | C | Interest | L | T | BUY | 11/12 | J | | ADDITIONAL PURCHASE |
| 49. PRO LOGIS TRUST | A | Dividend | | | SELL | 11/20 | J | A | |
| 50. M/L BANKERS DPOSIT PROGRAM - CASH | C | Interest | L | T | | | | | |
| 51. CA HEALTH FACILITY | A | Interest | J | T | | | | | |
| 52. SAN FRANCISCO CITY - CA | B | Interest | K | T | | | | | |
| 53. EAST BAY CA MUNI | B | Interest | | | SELL | 7/18 | K | B | |
| 54. N. CA PWR AGENCY | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | REA, WILLIAM J | 10/8/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. SANTA CLARA CA ELEC REV | B | Interest | K | T | | | | | |
| 56. SAN DIEGO CA PUB FCS FIN | A | Interest | K | T | | | | | |
| 57. M/L CMA- CASH ACCT | A | Interest | J | T | | | | | |
| 58. GRAHAM CO. KANAS, PARTNER | B | Rent | J | W | | | | | |
| 59. KRUPP LTD PARTNER | A | Rent | J | T | | | | | |
| 60. VILLA TOLUCA LTD PARTNER | D | Rent | L | W | | | | | |
| 61. AT&T CORP WIRELESS GP | | None | | | SELL | 1/1 | J | | |
| 62. COCA COLA | A | Dividend | J | T | | | | | |
| 63. BELL SOUTH | A | Dividend | J | T | | | | | |
| 64. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 65. DUKE ENERGY | A | Dividend | J | T | | | | | |
| 66. HOME DEPOT | A | Dividend | | | SELL | 1/1 | J | | |
| 67. EXXON MOBIL CORP | A | Dividend | K | T | | | | | |
| 68. VERIZON | A | Dividend | J | T | | | | | |
| 69. PFIZER INC DEL | A | Dividend | J | T | | | | | |
| 70. VODA FONE | A | Dividend | J | T | | | | | |
| 71. AGERE SYSTEMS | | None | J | T | | | | | |
| 72. M/L CALIF MUNI BOND B | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 10/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 73. US TREASURY BOND | C | Interest | L | T | | | | | |
| 74. M/L BANK USA | A | Interest | J | T | | | | | |
| 75. M/L SMALL CAP | A | Interest | J | T | | | | | |
| 76. JOHN HANCOCK HEALTH | A | Dividend | K | T | | | | | |
| 77. ML HEALTHCARE FD | A | Dividend | J | T | | | | | |
| 78. MSDW BE LA CO MTA-A | A | Interest | | | SELL | 7/1 | J | A | |
| 79. MSDW BE LA LSE REV A | A | Interest | | | SELL | 8/15 | J | A | |
| 80. MSDW WKS CA ST. PUB | A | Interest | J | T | | | | | |
| 81. MSDW B SAN FRAN SWR | A | Interest | | | SELL | 3/3 | J | A | |
| 82. MSDW REDDING R/A-D | A | Interest | | | SELL | 9/2 | J | A | |
| 83. MSDW LA DWAP ELEC | A | Interest | | | SELL | 11/17 | J | A | |
| 84. MSDW CA TAX FREE | A | Interest | J | T | SELL | 8/14 | J | A | PARTIAL |
| 85. MS - LIQUID ASSET FUND | A | Dividend | J | T | | | | | |
| 86. TCW/DW TERM TRUST 2003 - MS | A | Dividend | J | T | | | | | |
| 87. UBS (PAINEWEBBER) - UNIV CA REV BOND | A | Interest | | | SELL | 9/9 | J | A | |
| 88. US TREASURY SERIES HH/H | A | Interest | J | T | | | | | |
| 89. BENICA CA UNI SCH DIST | | None | J | T | BUY | 06/18 | J | | |
| 90. LAS VIRGENSES CA UNI SCH DIST | | None | J | T | BUY | 06/18 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 10/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. MONTEBELLO CA UNI SCH DIST | | None | J | T | BUY | 06/18 | J | | |
| 92. PALOS VERDES PENINSULA CA | | None | J | T | BUY | 6/18 | J | | |
| 93. CENTER UNI SCH DIST CA RFDG | | None | J | T | BUY | 8/19 | J | | |
| 94. SAN JOAQUIN HILLS CA TRANSN CORRIDOR | | None | J | T | BUY | 8/19 | J | | |
| 95. BERRYESSA CA SCH DIST ELECTION OF 1999 | | None | J | T | BUY | 8//14 | J | | |
| 96. FOOTHILL DE ANZA CA CMNTY COLLEGE DIST | | None | J | T | BUY | 8/14 | J | | |
| 97. HACIENDA LA PUENTE CA UNI | | None | J | T | BUY | 7/2 | J | | |
| 98. SAN BERNARDINO CA CITY UNI | | None | J | T | BUY | 7/2 | J | | |
| 99. LORD ABBETT BOND FUND #2 | B | Interest | K | T | BUY | 1/7 | K | | |
| 100. LORD ABBETT BOND FUND #1 | A | Interest | K | T | BUY | 1/7 | K | | |
| 101. SAN JUAN CA CTR DIST | A | Interest | K | T | BUY | 6/25 | K | | |
| 102. CONOCOPHOILLIPS | A | Dividend | K | T | BUY | 6/25 | K | | |
| 103. IST FINANCIAL | A | Dividend | | | BUY/SELL | | K | B | BOUGHT 6/20<br>SOLD 11/06 |
| 104. AMERICAN CAPITAL INCOME BUILDER | B | Dividend | K | T | BUY | | K | | BOUGHT ON<br>6/25 AND 9/16 |
| 105. NICHOLAS APPEGLATE CONV AND INCOME | B | Interest | K | T | BUY | 7/31 | K | | |
| 106. MUNI INTERMEDIATE DURATION FUND | C | Interest | L | T | BUY | 8/1 | L | | |
| 107. ML CA INSURANCE MUNI | A | Interest | J | T | BUY | 11/12 | J | | |
| 108. MEDCO HEALTH SOLUTINS | | None | | | BUY/SELL | 8/25 | J | B | RECEIVED AS<br>STOCK DIV |

1. Income/Gain Codes:      A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. WASHINGTON MUTUAL | A | Dividend | K | T | BUY | 11/12 | K | | |
| 110. NATIONAL COMMERCE FIN | A | Dividend | J | T | BUY | 11/12 | J | | |
| 111. S. CA REG WSTWTR | B | Interest | K | T | PURC 2002 | | | | NOT INCLUDED IN |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | REA, WILLIAM J | 10/8/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

PART VII COLUMN B-2  TYPE OF INCOME

LINE 58-60

THESE INVESTMENTS ARE FROM PARTNERSHIP INVESMTENT IN REAL ESTATE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ William J. Rea _____     Date _____ 10/8/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  REA, WILLIAM J | 2. Court or Organization  U.S. CENTRAL DISTRICT OF CA | 3. Date of Report  5/31/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)  ○ Nomination,  Date  ○ Initial    ● Annual    ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  UNITED STATES COURTHOUSE  312 N. SPRING ST  LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEN'S ADVISORY COUNCIL | ASSITANCE LEAGUE OF S. CALIFORNIA (NON PROFIT) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED JUN 15 10 59 AM '04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/31/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/03 | THE RUTTER GROUP - CO AUTHORSHIP ROYALTIES | 2,500 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BP PLC | B | Dividend | K | T | | | | | |
| 2. BAXTER INT. INC | A | Dividend | K | T | | | | | |
| 3. BOEING CO | A | Dividend | J | T | | | | | |
| 4. CALIF. WATER SVS GP | A | Dividend | J | T | | | | | |
| 5. CHEVRON TEXACO CORP | C | Dividend | L | T | | | | | |
| 6. CISCO SYSTEMS | | None | K | T | | | | | |
| 7. DOMINION RES. | B | Dividend | K | T | | | | | |
| 8. WALT DISNEY | A | Dividend | J | T | | | | | |
| 9. DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 10. DUKE ENERGY CORP | A | Dividend | | | SELL | 1/1 | J | | |
| 11. EIF IST EXCH AT&T | B | Dividend | K | T | | | | | |
| 12. EXXON MOBIL CORP | A | Dividend | K | T | | | | | |
| 13. FLORIDA POWER AND LIGHT | B | Dividend | K | T | | | | | PARTIALLY SOLD IN 2002 |
| 14. FORD MOTOR CO | A | Dividend | J | T | | | | | |
| 15. GENERAL ELECTRIC | B | Dividend | L | T | | | | | |
| 16. GENTEC INC. | | None | K | T | | | | | |
| 17. HOME DEPOT, INC | A | Dividend | | | SELL | 1/1 | J | | |
| 18. INTEL CORP | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. IBM | A | Dividend | K | T | | | | | |
| 20. JOHNSON & JOHNSON | A | Dividend | K | T | SELL | 11/6 | J | B | PARTIAL |
| 21. KONIKL PHIL.N | A | Dividend | J | T | | | | | |
| 22. MATTEL, INC | A | Dividend | J | T | | | | | |
| 23. MCDONALDS | A | Dividend | | | SELL | 1/1 | J | | |
| 24. MERCK & CO | A | Dividend | K | T | SELL | 11/6 | J | D | PARTIAL |
| 25. 3M | A | Dividend | L | T | | | | | |
| 26. MOTOROLA, INC | A | Dividend | | | SELL | 1/1 | J | | |
| 27. PEOPLE ENERGY CORP | A | Dividend | J | T | | | | | |
| 28. PEPSICO, INC | A | Dividend | K | T | | | | | |
| 29. Q WEST INT. COM | A | Dividend | | | SELL | 1/1/ | J | | |
| 30. SPRINT CORP PCS SRI | | None | J | T | | | | | |
| 31. SPRINT CORP COM -SBC | B | Dividend | K | T | | | | | |
| 32. SBC COMM INC | A | Dividend | J | T | | | | | |
| 33. SUEZ | A | Dividend | | | SELL | 1/1 | J | | |
| 34. SOUTHWEST AIRLINES | A | Dividend | | | SELL | 1/1 | J | | |
| 35. SERONO S.A. SPONSORD ADR | A | Dividend | | | SELL | 1/1 | J | | |
| 36. TXI CAP TRUST | B | Interest | | | SELL | 9/11 | K | B | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/31/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. PFIZER | A | Dividend | J | T | | | | | |
| 38. VERIZON | A | Dividend | L | T | | | | | |
| 39. VIACOM CLB | A | Dividend | J | T | | | | | |
| 40. WALGREEN CO | A | Dividend | K | T | | | | | |
| 41. WALMART | A | Dividend | K | T | | | | | |
| 42. LUCENT TECH., INC | | None | J | T | | | | | |
| 43. Q WEST | | None | | | SELL | 1/1 | J | | |
| 44. JOHN HANCOCK HEALTH SCIENCES CL C | A | Dividend | J | T | | | | | |
| 45. M/L GLOBAL ALLOCATION | C | Dividend | L | T | | | | | |
| 46. M/L HEALTHCARE FD | | None | K | T | | | | | |
| 47. ML MERCURY US SMALL CAP | | None | J | T | | | | | |
| 48. ML CALIFORNIA INSURED MUN BD C | C | Interest | L | T | BUY | 11/12 | J | | ADDITIONAL PURCHASE |
| 49. PRO LOGIS TRUST | A | Dividend | | | SELL | 11/20 | J | A | |
| 50. M/L BANKERS DPOSIT PROGRAM - CASH | C | Interest | L | T | | | | | |
| 51. CA HEALTH FACILITY | A | Interest | J | T | | | | | |
| 52. SAN FRANCISCO CITY - CA | B | Interest | K | T | | | | | |
| 53. EAST BAY CA MUNI | B | Interest | | | SELL | 7/18 | K | B | |
| 54. N. CA PWR AGENCY | B | Interest | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. SANTA CLARA CA ELEC REV | B | Interest | K | T | | | | | |
| 56. SAN DIEGO CA PUB FCS FIN | A | Interest | K | T | | | | | |
| 57. M/L CMA - CASH ACCT | A | Interest | J | T | | | | | |
| 58. GRAHAM CO. KANAS, PARTNER | B | K-1 | J | W | | | | | |
| 59. KRUPP LTD PARTNER | A | K-1 | J | T | | | | | |
| 60. VILLA TOLUCA LTD PARTNER | D | K-1 | L | W | | | | | |
| 61. AT&T CORP WIRELESS GP | | None | | | SELL | 1/1 | J | | |
| 62. COCA COLA | A | Dividend | J | T | | | | | |
| 63. BELL SOUTH | A | Dividend | J | T | | | | | |
| 64. SBC COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 65. DUKE ENERGY | A | Dividend | J | T | | | | | |
| 66. HOME DEPOT | A | Dividend | | | SELL | 1/1 | J | | |
| 67. EXXON MOBIL CORP | A | Dividend | K | T | | | | | |
| 68. VERIZON | A | Dividend | J | T | | | | | |
| 69. PFIZER INC DEL | A | Dividend | J | T | | | | | |
| 70. VODA FONE | A | Dividend | J | T | | | | | |
| 71. AGERE SYSTEMS | | None | J | T | | | | | |
| 72. M/L CALIF MUNI BOND B | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. US TREASURY BOND | C | Interest | L | T | | | | | |
| 74. M/L BANK USA | A | Interest | J | T | | | | | |
| 75. M/L SMALL CAP | A | Interest | J | T | | | | | |
| 76. JOHN HANCOCK HEALTH | A | Dividend | K | T | | | | | |
| 77. ML HEALTHCARE FD | A | Dividend | J | T | | | | | |
| 78. MSDW BE   LA CO MTA-A | A | Interest | | | SELL | 7/1 | J | A | |
| 79. MSDW BE   LA LSE REV A | A | Interest | | | SELL | 8/15 | J | A | |
| 80. MSDW WKS   CA ST. PUB | A | Interest | J | T | | | | | |
| 81. MSDW B   SAN FRAN SWR | A | Interest | | | SELL | 3/3 | J | A | |
| 82. MSDW   REDDING R/A-D | A | Interest | | | SELL | 9/2 | J | A | |
| 83. MSDW   LA DWAP ELEC | A | Interest | | | SELL | 11/17 | J | A | |
| 84. MSDW   CA TAX FREE | A | Interest | J | T | SELL | 8/14 | J | A | PARTIAL |
| 85. MS - LIQUID ASSET FUND | A | Dividend | J | T | | | | | |
| 86. TCW/DW TERM TRUST 2003 - MS | A | Dividend | J | T | | | | | |
| 87. UBS (PAINEWEBBER) - UNIV CA REV BOND | A | Interest | | | SELL | 9/9 | J | A | |
| 88. US TREASURY SERIES HH/H | A | Interest | J | T | | | | | |
| 89. BENICA CA UNI SCH DIST | | None | J | T | BUY | 06/18 | J | | |
| 90. LAS VI   CA UNI SCH DIST | | None | J | T | BUY | 06/18 | J | | RGENSES |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | REA, WILLIAM J | 5/31/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. MONTEBELLO CA UNI SCH DIST | | None | J | T | BUY | 06/18 | J | | |
| 92. PALOS VERDES PENINSULA CA | | None | J | T | BUY | 6/18 | J | | |
| 93. CENTER UNI SCH DIST CA RFDG | | None | J | T | BUY | 8/19 | J | | |
| 94. SAN JOAQUIN HILLS CA TRANSN CORRIDOR | | None | J | T | BUY | 8/19 | J | | |
| 95. BERRYESSA CA SCH DIST ELECTION OF 1999 | | None | J | T | BUY | 8//14 | J | | |
| 96. FOOTHILL DE ANZA CA CMNTY COLLEGE DIST | | None | J | T | BUY | 8/14 | J | | |
| 97. HACIENDA LA PUENTE CA UNI | | None | J | T | BUY | 7/2 | J | | |
| 98. SAN BERNARDINO CA CITY UNI | | None | J | T | BUY | 7/2 | J | | |
| 99. LORD ABBETT BOND FUND #2 | B | Interest | K | T | BUY | 1/7 | K | | |
| 100. LORD ABBETT BOND FUND #1 | A | Interest | K | T | BUY | 1/7 | K | | |
| 101. SAN JUAN CA CTR DIST | A | Interest | K | T | BUY | 6/25 | | | |
| 102. CONOCOPHOILLIPS | A | Dividend | K | T | BUY | 6/25 | | | |
| 103. 1ST FINANCIAL | A | Dividend | | | BUY/SELL | | K | B | BOUGHT 6/20 SOLD 11/06 |
| 104. AMERICAN CAPITAL INCOME BUILDER | B | Dividend | K | T | BUY | | K | | BOUGHT ON 6/25 AND 9/16 |
| 105. NICHOLAS APPEGLATE CONV AND INCOME | B | Interest | K | T | BUY | 7/31 | K | | |
| 106. MUNI INTERMEDIATE DURATION FUND | C | Interest | L | T | BUY | 8/1 | L | | |
| 107. ML CA INSURANCE MUNI | A | Interest | J | T | BUY | 11/12 | J | | |
| 108. MEDCO HEALTH SOLUTINS | | None | | | BUY/SELL | 8/25 | J | B | RECEIVED AS STOCK DIV |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REA, WILLIAM J | 5/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. WASHINGTON MUTUAL | A | Dividend | K | T | BUY | 11/12 | K | | |
| 110. NATIONAL COMMERCE FIN | A | Dividend | J | T | BUY | 11/12 | | | |
| 111. S. CA REG WSTWTR | B | Interest | K | T | PURC 2002 | | | | NOT INCLUDED IN |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report)

PART VII COLUMN B-2  TYPE OF INCOME

LINE 58-601

THESE INVESTMENTS ARE FROM PARTNERSHIP INVESMTENT IN REAL ESTATE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | REA, WILLIAM J | 5/31/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 6-10-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544